# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 8:18-BK-06213-MGW |
| | § | |
| CREST CABINET MANUFACTURING | § | |
| CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Beth Ann Scharrer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $19,854.01 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $35,014.34 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $8,325.54 | | |

3)   Total gross receipts of $43,339.88  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $43,339.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $47,382.19 | $1,429.72 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $8,325.54 | $8,325.54 | $8,325.54 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $178,891.36 | $137,589.86 | $114,976.51 | $35,014.34 |
| **Total Disbursements** | $226,273.55 | $147,345.12 | $123,302.05 | $43,339.88 |

4). This case was originally filed under chapter 7 on 07/27/2018. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2020        By: /s/ Beth Ann Scharrer
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Lexus GX460 VIN# JTJBM7FX1E5075128 | 1129-000 | $7,200.00 |
| Business Operating Account with Synovus account ending 8901 Checking 8901 | 1129-000 | $26,239.88 |
| Nissan Forklift Model MCPL02A25LV TCM Forklift Model FG25N2 Dustek 7.5hp Dust Collector Forklifts are being held at Asce | 1129-000 | $9,900.00 |
| **TOTAL GROSS RECEIPTS** | | $43,339.88 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Pinellas County Tax Collector | 4700-000 | $0.00 | $1,429.72 | $0.00 | $0.00 |
| | Lexus Financial Services | 4110-000 | $20,827.56 | $0.00 | $0.00 | $0.00 |
| | Synovus Bank (Tampa | 4110-000 | $26,554.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $47,382.19 | $1,429.72 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Beth Ann Scharrer, Trustee | 2100-000 | NA | $5,083.99 | $5,083.99 | $5,083.99 |
| Beth Ann Scharrer, Trustee | 2200-000 | NA | $183.19 | $183.19 | $183.19 |
| Pinnacle Bank | 2600-000 | NA | $39.52 | $39.52 | $39.52 |
| Judith D. Smith, CPA, Accountant for Trustee | 3410-000 | NA | $1,040.00 | $1,040.00 | $1,040.00 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee | 3610-000 | NA | $990.00 | $990.00 | $990.00 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee | 3620-000 | NA | $988.84 | $988.84 | $988.84 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,325.54 | $8,325.54 | $8,325.54 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Handy Kenlin Group | 7100-000 | $585.90 | $585.00 | $585.00 | $178.15 |
| 2 | Charter Industries | 7100-000 | $3,990.42 | $3,990.42 | $3,990.42 | $1,215.22 |
| 3 | MAC Papers - Tampa | 7100-000 | $745.29 | $767.65 | $767.65 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 3; MAC Papers - Tampa) | 7100-001 | $0.00 | $0.00 | $0.00 | $233.78 |
| 4 | Alro Steel Corp | 7100-000 | $53,356.50 | $62,949.04 | $62,949.04 | $19,170.17 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $8,015.92 | $8,143.23 | $8,143.23 | $2,479.90 |
| 6 | Wilsonart LLC, A Delaware Limited Liability Corpor | 7100-000 | $5,584.62 | $5,582.69 | $0.00 | $0.00 |
| 7 | A & M Supply Corporation | 7100-000 | $31,204.75 | $31,408.48 | $31,408.48 | $9,564.97 |
| 8-2 | Wilsonart International | 7100-000 | $0.00 | $5,582.69 | $5,582.69 | $1,700.12 |
| 9 | Engineering Connection | 7100-000 | $1,550.00 | $1,550.00 | $1,550.00 | $472.03 |
| 10 | Marlin Leasing | 7100-000 | $0.00 | $13,476.17 | $0.00 | $0.00 |
| 11 | Marlin Leasing | 7100-000 | $0.00 | $3,554.49 | $0.00 | $0.00 |
| | A-One Fasteners | 7100-000 | $812.73 | $0.00 | $0.00 | $0.00 |
| | AAA Machinery Solutions | 7100-000 | $1,545.70 | $0.00 | $0.00 | $0.00 |
| | Abbot Thomson Mauldin Parker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Advance Air Compressor | 7100-000 | $357.20 | $0.00 | $0.00 | $0.00 |
| | Advance Air Compressor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Averitt Express | 7100-000 | $4,282.60 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $80.08 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Brighter Technologies | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
| ChemClad Corporation | 7100-000 | $3,485.80 | $0.00 | $0.00 | $0.00 |
| COMPX-Timberline Lock LTD | 7100-000 | $490.92 | $0.00 | $0.00 | $0.00 |
| Enterprise Leasing | 7100-000 | $4,305.77 | $0.00 | $0.00 | $0.00 |
| Enterprise Leasing Tolls | 7100-000 | $9.85 | $0.00 | $0.00 | $0.00 |
| Fabricant, Weissman, Darby | 7100-000 | $6,400.00 | $0.00 | $0.00 | $0.00 |
| Ferrell Gas | 7100-000 | $122.24 | $0.00 | $0.00 | $0.00 |
| Gladstone Construction | 7100-000 | $25,711.38 | $0.00 | $0.00 | $0.00 |
| Grainge | 7100-000 | $41.78 | $0.00 | $0.00 | $0.00 |
| Hafele | 7100-000 | $897.07 | $0.00 | $0.00 | $0.00 |
| Hardware Resources | 7100-000 | $273.87 | $0.00 | $0.00 | $0.00 |
| Instant Printing Services | 7100-000 | $252.25 | $0.00 | $0.00 | $0.00 |
| M.O.D. Silver | 7100-000 | $118.84 | $0.00 | $0.00 | $0.00 |
| Marlin Leasing | 7100-000 | $909.30 | $0.00 | $0.00 | $0.00 |
| Metro Tech | 7100-000 | $3,860.00 | $0.00 | $0.00 | $0.00 |
| Metro Tech | 7100-000 | $1,315.09 | $0.00 | $0.00 | $0.00 |
| Office Depot | 7100-000 | $40.66 | $0.00 | $0.00 | $0.00 |
| Old Dominion Freigh Line | 7100-000 | $7,403.62 | $0.00 | $0.00 | $0.00 |
| Olon Industries | 7100-000 | $3,907.81 | $0.00 | $0.00 | $0.00 |
| Penske | 7100-000 | $216.12 | $0.00 | $0.00 | $0.00 |
| Ready Refresh | 7100-000 | $131.74 | $0.00 | $0.00 | $0.00 |
| Richelieu Tampa | 7100-000 | $283.52 | $0.00 | $0.00 | $0.00 |
| Siro Design | 7100-000 | $634.50 | $0.00 | $0.00 | $0.00 |
| Special T | 7100-000 | $970.09 | $0.00 | $0.00 | $0.00 |
| Spectrum Business | 7100-000 | $696.03 | $0.00 | $0.00 | $0.00 |
| United Parcel Service | 7100-000 | $24.23 | $0.00 | $0.00 | $0.00 |
| Waste Connections of FL | 7100-000 | $2,130.88 | $0.00 | $0.00 | $0.00 |
| Westfield Insurance | 7100-000 | $338.96 | $0.00 | $0.00 | $0.00 |
| Wurthwood Group Tampa | 7100-000 | $1,467.33 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $178,891.36 | $137,589.86 | $114,976.51 | $35,014.34 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1          Exhibit 8

| Case No.: | 18-06213-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | CREST CABINET MANUFACTURING CORPORATION | Date Filed (f) or Converted (c): | 07/27/2018 (f) |
| For the Period Ending: | 3/3/2020 | §341(a) Meeting Date: | 08/30/2018 |
| | | Claims Bar Date: | 11/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Business Operating Account with Synovus account ending 8901 Checking 8901 | $26,239.88 | $26,239.88 | | $26,239.88 | FA |
| 2 | Accounts receivable Over 90 days old | $19,854.01 | $0.00 | | $0.00 | FA |
| 3 | 2014 Lexus GX460 VIN# JTJBM7FX1E5075128 | $27,087.00 | $6,259.44 | | $7,200.00 | FA |
| 4 | Nissan Forklift Model MCPL02A25LV TCM Forklift Model FG25N2 Dustek 7.5hp Dust Collector Forklifts are being held at Ascend Industrial, 12415 Automobile Blvd, Clearwater, FL 33762 | Unknown | $9,900.00 | | $9,900.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**
                                             $73,180.89        $42,399.32                       $43,339.88                               $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/30/2019 | Tax returns sent to IRS. |
| 07/19/2019 | Order employing accountant entered. |
| 05/15/2019 | To hire accountant to do tax return and close case. |
| 03/25/2019 | Claims 10, 11 disallowed. |
| 03/22/2019 | Report of sale re: vehicle filed. |
| 12/03/2018 | Claims reviewed.  Objection to Claims 10, 11 filed.  Remaining claims are proper. |
| 10/23/2018 | Buyer paid for vehicle per sale notice. |
| 10/12/2018 | Sale notice filed re: vehicle. |
| 10/03/2018 | Claims 1-8 reviewed. No objections needed. |
| 10/01/2018 | Received payment from auctioneer for sale. |
| 09/15/2018 | Auction of estate assets. |
| 08/13/2018 | Sale notice re: forklifts, dust collector filed. |
| 08/10/2018 | Filed App Employ Bay Area and submitted order. Sent NOS to WA for service. |
| 08/10/2018 | Sale notice filed to auction estate assets. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| **Case No.:** | 18-06213-MGW | **Trustee Name:** | Beth Ann Scharrer |
|---|---|---|---|
| **Case Name:** | CREST CABINET MANUFACTURING CORPORATION | **Date Filed (f) or Converted (c):** | 07/27/2018 (f) |
| **For the Period Ending:** | 3/3/2020 | **§341(a) Meeting Date:** | 08/30/2018 |
| | | **Claims Bar Date:** | 11/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/15/2019    **Current Projected Date Of Final Report (TFR):**

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 18-06213-MGW | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | CREST CABINET MANUFACTURING CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4917 | | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/27/2018 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 3/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2018 | (1) | Debtor | close out bank account. Doc. 1 | 1129-000 | $26,239.88 | | $26,239.88 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $39.52 | $26,200.36 |
| 10/01/2018 | (4) | Bay Area Auction Services, Inc. Escrow Account | payment per sale notice. Doc. 16 | 1129-000 | $9,900.00 | | $36,100.36 |
| 10/23/2018 | (3) | Ronnie weissman, Jayne Weissman | payment per sale notice. Doc. 20 | 1129-000 | $7,200.00 | | $43,300.36 |
| 10/15/2019 | 101 | Beth Ann Scharrer | Trustee Compensation | 2100-000 | | $5,083.99 | $38,216.37 |
| 10/15/2019 | 102 | Beth Ann Scharrer | Trustee Expenses | 2200-000 | | $183.19 | $38,033.18 |
| 10/15/2019 | 103 | Bay Area Auction Services, Inc. | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Dividend: 2.28; Amount Claimed: 990.00; | 3610-000 | | $990.00 | $37,043.18 |
| 10/15/2019 | 104 | Bay Area Auction Services, Inc. | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Dividend: 2.28; Amount Claimed: 988.84; | 3620-000 | | $988.84 | $36,054.34 |
| 10/15/2019 | 105 | Judith D. Smith, CPA | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Dividend: 2.40; Amount Claimed: 1,040.00; | 3410-000 | | $1,040.00 | $35,014.34 |
| 10/15/2019 | 106 | Handy Kenlin Group | Claim #: 1; Distribution Dividend: 30.45; Account Number: 0219; Dividend: 0.41; Amount Claimed: 585.00; | 7100-000 | | $178.15 | $34,836.19 |
| 10/15/2019 | 107 | Charter Industries | Claim #: 2; Distribution Dividend: 30.45; Account Number: 1434; Dividend: 2.80; Amount Claimed: 3,990.42; | 7100-000 | | $1,215.22 | $33,620.97 |
| 10/15/2019 | 108 | MAC Papers - Tampa | Claim #: 3; Distribution Dividend: 30.45; Account Number: ; Dividend: 0.53; Amount Claimed: 767.65; | 7100-000 | | $233.78 | $33,387.19 |
| 10/15/2019 | 109 | Alro Steel Corp | Claim #: 4; Distribution Dividend: 30.45; Account Number: ; Dividend: 44.27; Amount Claimed: 62,949.04; | 7100-000 | | $19,170.17 | $14,217.02 |
| 10/15/2019 | 110 | Capital One Bank (USA), N.A. | Claim #: 5; Distribution Dividend: 30.45; Account Number: 4005; Dividend: 5.72; Amount Claimed: 8,143.23; | 7100-000 | | $2,479.90 | $11,737.12 |
| 10/15/2019 | 111 | A & M Supply Corporation | Claim #: 7; Distribution Dividend: 30.45; Account Number: 56137; Dividend: 22.08; Amount Claimed: 31,408.48; | 7100-000 | | $9,564.97 | $2,172.15 |

| | | | | SUBTOTALS | $43,339.88 | $41,167.73 | |

FORM 2     Page No: 2     Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-06213-MGW | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | CREST CABINET MANUFACTURING CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4917 | | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/27/2018 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 3/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/15/2019 | 112 | Wilsonart International | Claim #: 8; Distribution Dividend: 30.45; Account Number: 1704; Dividend: 3.92; Amount Claimed: 5,582.69; | 7100-000 | | $1,700.12 | $472.03 |
| 10/15/2019 | 113 | Engineering Connection | Claim #: 9; Distribution Dividend: 30.45; Account Number: ; Dividend: 1.09; Amount Claimed: 1,550.00; | 7100-000 | | $472.03 | $0.00 |
| 01/18/2020 | 108 | STOP PAYMENT: MAC Papers - Tampa | Claim #: 3; Distribution Dividend: 30.45; Account Number: ; Dividend: 0.53; Amount Claimed: 767.65; | 7100-004 | | ($233.78) | $233.78 |
| 01/18/2020 | 114 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed funds (re: Claim 3) | 7100-001 | | $233.78 | $0.00 |
| | | | **TOTALS:** | | $43,339.88 | $43,339.88 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $43,339.88 | $43,339.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $43,339.88 | $43,339.88 | |

| For the period of 7/27/2018 to 3/3/2020 | | For the entire history of the account between 08/01/2018 to 3/3/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $43,339.88 | Total Compensable Receipts: | $43,339.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,339.88 | Total Comp/Non Comp Receipts: | $43,339.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $43,339.88 | Total Compensable Disbursements: | $43,339.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,339.88 | Total Comp/Non Comp Disbursements: | $43,339.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-06213-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | CREST CABINET MANUFACTURING CORPORATION | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4917 | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/27/2018 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 3/3/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $43,339.88 | $43,339.88 | $0.00 |

| **For the period of 7/27/2018 to 3/3/2020** | | **For the entire history of the case between 07/27/2018 to 3/3/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $43,339.88 | Total Compensable Receipts: | $43,339.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,339.88 | Total Comp/Non Comp Receipts: | $43,339.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $43,339.88 | Total Compensable Disbursements: | $43,339.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,339.88 | Total Comp/Non Comp Disbursements: | $43,339.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER